## ENOCH SMITH *v.* PHILIP GRIMES.

### *On a Caveat.*

Enoch Smith, on the ——— day of May, 1784, entered the following caveat, to-wit:

" Let no grant issue to Philip Grimes for 1600 acres of land, surveyed on two treasury warrants, No. 3361, and 3360, on the waters of Stoner's fork of Licking, surveyed the 23d of December, 1783, in Fayette county, as Enoch Smith claims part of the said lands, surveyed on a treasury warrant for 500 acres."

The entry under which the said Enoch Smith claims, was made the 21st day of March, in the year 1783, and is in the following words, to-wit:

" Enoch Smith withdraws 500 acres of his 1500 acre entry, on T. W. No. 4872, on Howard's creek, and the head waters of Stoner's fork of Licking, and enters the same between Stoner's fork of Licking and Strode's station, beginning at James Beatty's west corner, three white oaks, and extending south 45 east, 200 poles; thence south 45 west, 400 poles; thence at right angles to the beginning, for quantity."

The defendant on the 23d day of May, in the year 1780, made the following entry, to-wit:

" Philip Grimes enters 1600 acres adjoining the above entry on the south, extending westwardly and southwardly for quantity."

The above entry is the following, which was made on the same day, and stands before the last entry, on the surveyor's books, to-wit:

" Philip Grimes enters 1500 acres upon treasury warrants,

lying on the west side of Stoner's fork of Licking, beginning at Lewis E. Turner's south-east corner, and running a westwardly course with his line, then southwardly and eastwardly for quantity."

Lewis E. Turner's entry, called for by Philip Grimes' entry of 1500 acres, was made the 20th day of May, 1780, and is in the following words, to-wit:

"Lewis E. Turner enters 500 acres on the west side of Stoner's fork, adjoining Henry Payne's entry of 500 acres, beginning at his beginning, and extending with his line a westwardly course, and then southwardly for quantity."

The entry of Henry Payne, called for by Lewis E. Turner, was made the 16th day of May, in the year 1780, and is in the following words, to-wit:

"Henry Payne enters 500 acres upon a treasury warrant, on the east side of the dividing ridge between Stoner's fork of Licking and the fork that heads near Strode's station, near the head of the west branch, that empties in below the lick mentioned in the next entry above, beginning in the forks of the branch, and extending south-westwardly and north-westwardly for quantity."

The annexed connected plat, No. 14, was returned in this cause, of which the following is an explanation:

A B C D, Henry Payne's 500 acres, according to survey.    A B E

F, Lewis E. Turner's 500 acres, according to survey. F G H I, Philip Grimes' 1500 acres according to survey. I H K L, Philip Grimes' 1600 acres, according to survey. 1 2 3 4, Enoch Smith's 500 acres, according to survey. The interference 437 acres. The dotted line is a line of Gist's military survey. It was agreed between the parties that A was the beginning of Henry Payne's entry of 500 acres.

The following interlocutory judgment was pronounced at the June term, 1789.

BY THE COURT.—Henry Payne ought to have run his entry in the following manner, to-wit:

Beginning at his present beginning, described on the connected plat by the letter A, and from thence extending lines north-west and south-west, of equal length, and so far that lines at right angles from the termination of these two lines, would include the quantity in a survey of a square form. Then Lewis E. Turner ought to have began at A, Henry Payne's beginning, and ought to have surveyed his 500 acres in a square form, adjoining Payne on his south-east side.

The defendant ought to have began his 1500 acre survey at the east corner of the said Turner's survey, made as herein before directed, and to have extended his first line south-west, and then from the said beginning another line south-east, extending those two lines so far that lines at right angles from the terminations thereof, would include the quantity in a survey of a square figure, and lie adjoining Turner's survey on the south-east side.

The defendant ought also to have surveyed his 1600 acre survey, beginning at the east corner of his 1500 acre survey as herein above directed, and to have surveyed the same in a square form, adjoining the said survey of 1500 acres, on the south-east side. Order of survey, etc.

But at the present term a writing being produced from the defendant, acknowledging the plaintiff's title to be superior to his, judgment was given for the plaintiff, for 437 acres, with costs.